**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCIANO SANCHEZ,<br><br>　　　　　　Defendant. | Case No. 25-cr-03434-BJC<br>　　　　　25MJ4318<br><br>**INFORMATION**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |
|---|---|

　　The United States Attorney charges:

　　On or about August 9, 2025, within the Southern District of California, Defendant, MARCIANO SANCHEZ, did knowingly and intentionally import 500 grams and more, to wit: approximately 23.04 kilograms (50.79 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: 9/2/25　　　　　　.

　　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Connor Veneski*
　　　　　　　　　　　　　　　　CONNOR VENESKI
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CVE:sb:8/18/2025